**Opinion issued October 15, 2013**



**In The**

# Court of Appeals

**For The**

# First District of Texas

_____

## NO. 01-13-00787-CV

_____

## IN RE TRADEMARK PROPERTY INC., Relator

## Original Proceeding on Petition for Writ of Mandamus[1]

### MEMORANDUM OPINION

On September 12, 2013, relator, Trademark Property, filed a petition for writ of mandamus. On September 18, 2013, relator filed a Motion to Dismiss the

---

[1] Counsel for Relator: Wade R. Quinn, Lance Olinde, Jr. with Ramey, Chandler, Quinn & Zito, P.C.
Counsel for Real Party in Interest: Donna Roth
Respondent: The Honorable Michael Landrum, 113th Judicial District Court, Harris County

petition, stating the parties have resolved the matter and requesting that the Court dismiss the original proceeding.

Accordingly, we grant the motion and dismiss the petition for writ of mandamus. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Sharp, and Brown.